ACCEPTED
03-14-00694-CV
5754596
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/19/2015 4:02:49 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00694-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/19/2015 4:02:49 PM
JEFFREY D. KYLE
Clerk

**ANTHONY PASSEUR**, *APPELLANT*

*v.*

**FEDERAL HOME LOAN MORTGAGE CORPORATION**, *APPELLEE*

APPEAL FROM CAUSE NO. 14-0981-CC4
COUNTY COURT AT LAW NUMBER FOUR
WILLIAMSON COUNTY, TEXAS
HON. JOHN MCMASTER PRESIDING

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Stephen Casey
Texas Bar No. 24065015

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

*Counsel for Appellant*
*Anthony Passeur*

ORAL
ARGUMENT
REQUESTED

i

## GROUNDS FOR MOTION

1. Appellant's Brief is due to be filed in Court on June 19, 2015.

2. Appellant's counsel had a hearing scheduled in Williamson County Court on June 19, 2015. The hearing was scheduled for 9:00 a.m., and counsel was due back in his office by noon. The Judge was running behind and held counsel over in court for the entire day. Counsel is in need of more time to adequately file Appellant's Brief.

3. Appellant is asking for a 7-day extension.

4. This is Appellant's third request for an extension.

## PRAYER

For the foregoing reasons, Appellant prays the Court will grant the motion.

Respectfully submitted,


    /s/ Stephen Casey

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferenced with opposing counsel, Travis Gray, via e-mail on June 19, 2015.  Opposing counsel is unopposed to the Motion for Extension of Time to File Appellant's Brief.


/s/Stephen Casey


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion has been served on Friday, June 19, 2015, on the following via facsimile transmission:


Travis Gray
Jack O'Boyle and Associates
travis@jackoboyle.com


/s/ Stephen Casey